IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ENTERTAINMENT BY J & J, INC. : <br> Plaintiff, : <br> vs. : <br> FASONE, INC. d/b/a : <br> JASON'S SPORTS BAR a/k/a : <br> CHRIS'S BAR & GRILL : <br> and : <br> CHRISTOPHER FASONE : <br> 2656 E. Ann Street : <br> Philadelphia, PA  19134 : <br> Defendants : | CIVIL ACTION NO 02-3021 |

**ENTRY OF DEFAULT**

AND NOW, this _____ day of April, 2002, upon Plaintiff's Request for Default, Default is entered against FASONE, INC. d/b/a JASON'S SPORTS BAR a/k/a CHRIS'S BAR & GRILL and CHRISTOPHER FASONE.

UNITED STATES DISTRICT COURT


BY:_____
           Clerk

Date:   July 17, 2002