IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ENTERTAINMENT BY J & J, INC.<br>2380 S. Bascom Avenue, Suite 200<br>Campbell, CA   95008<br>　　　　　　　　Plaintiff,<br>　vs.<br>FASONE, INC. d/b/a<br>JASON'S SPORTS BAR a/k/a<br>CHRIS'S BAR & GRILL<br>　　and<br>CHRISTOPHER FASONE<br>2656 E. Ann Street<br>Philadelphia, PA   19134<br>　　　　　　　　Defendants | CIVIL ACTION NO 02-3021 |

**NOTICE OF DISMISSAL**

　　　Kindly mark the above captioned matter dismissed without prejudice upon payment of your costs only.

　　　　　　　　　　　　　　　　　　　　　HOWARD S. KLEIN, ESQUIRE
　　　　　　　　　　　　　　　　　　　　　Attorney for Entertainment By J & J, Inc.
　　　　　　　　　　　　　　　　　　　　　1315 Walnut Street, Suite 1200
　　　　　　　　　　　　　　　　　　　　　Philadelphia, PA   19107
　　　　　　　　　　　　　　　　　　　　　215/546-0310

Date:   November 26, 2002