IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ENTERTAINMENT BY J & J, INC., : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | CIVIL ACTION |
| : | |
| FASONE, INC. d/b/a : | NO. 02-3021 |
| JASON'S SPORTS BAR a/k/a : | |
| CHRIS'S BAR & GRILL, and : | |
| CHRISTOPHER FASONE : | |
| : | |
| Defendants. : | |

**ORDER**

AND NOW, this ___ day of November, 2002, upon the representations made to this court by petitioner, it is hereby ORDERED as follows:

1. The above-captioned action is DISMISSED WITHOUT PREJUDICE, pursuant to Local Rule 41(a)(1).

2. All pending motions are DENIED AS MOOT.

BY THE COURT:

_____
JAMES T. GILES          C.J.

copies by FAX on
to